Michael A. Rollin (State Bar No. 251557)
REILLY POZNER LLP
10833 Wilshire Boulevard, Unit 604
Los Angeles, California 90024
Telephone: (310) 425-0922
Facsimile: (303) 893-6110
mrollin@rplaw.com

Daniel M. Reilly *(To Be Filed)*
Matthew D. Spohn *(To Be Filed)*
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado 80202
dreilly@rplaw.com
mspohn@rplaw.com

Attorneys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.

FILED
2009 FEB -6  A 10: 48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

ADR

## UNITED STATES DISTRICT COURT

## NORHTERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST FINANCIAL LENDER aka FIRST FINANCIAL CAPITAL, <br><br> Defendant. | CASE NO. C09-00545 PVT <br><br> DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES |

   Plaintiff Lehman Brothers Holding Inc., ("LBHI"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P 7.1 and L.R. 7.1-1, files this Disclosure Statement, stating as follows:

   1. LBHI is a Delaware corporation with its principal place of business in New York. LBHI is a publicly-traded company whose shares are traded on the New York Stock Exchange. No corporation or entity directly or indirectly owns 10% or more of the issued and outstanding Common Stock of LBHI.

2. Commencing on September 15, 2008 and periodically thereafter, LBHI and certain of its affiliates filed voluntary petitions for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The chapter 11 cases of LBHI and its debtor affiliates are being jointly-administered for procedural purposes under case number 08-13555 (JMP). LBHI is authorized to operate its businesses and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code and proceeds in this action as a debtor-in-possession.

3. Pursuant to section 541 of the Bankruptcy Code, the filing of a petition under chapter 11 of the Bankruptcy Code creates an estate, which is comprised of all of the debtor's property, wherever located and by whomever held, including the causes of action asserted in the instant case. The assets of LBHI's estate will be distributed to LBHI's creditors pursuant to a chapter 11 plan and order of the Bankruptcy Court.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Counsel shall comply with his continuing obligation to amend this certification as more information becomes available regarding parties the holding a pecuniary interest in the outcome of this case.

DATED: February 5, 2009.    REILLY POZNER LLP

*s/ Michael A. Rollin*
Michael A. Rollin
Daniel M. Reilly
Matthew D. Spohn
Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS, INC.