UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>FIRST FINANCIAL LENDER aka FIRST FINANCIAL CAPITAL,<br><br>        Defendant. | Case No.: C 09-0545 PVT<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

    On July 7, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

    IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

    IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 3, 2009.

    IT IS FURTHER ORDERED that Defendant shall serve its initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) no later than August 12, 2009.

    IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

1  IT IS FURTHER ORDERED that the parties are referred to Magistrate Judge Howard R. Lloyd for a settlement conference. The parties shall promptly contact Judge Lloyd's chambers to schedule the settlement conference.

4  IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Designation of Experts with Reports.................................... 10/1/09

Designation of Rebuttal Experts with Reports.......................... 11/2/09

Fact & Expert Discovery Cutoff......................................... 12/1/09

Deadline(s) for Filing Discovery Motions................... *See* Civil Local Rule 26-2

Last Day for Dispositive Motion Hearing[1] ................... 10:00 a.m. on 1/12/10

Final Pretrial Conference............................................ 2:00 p.m. on 3/23/10

Bench Trial ........................................................ 9:30 a.m. on 4/5/10

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *7/8/09*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."