UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 2/16/10

Court Reporter: Gina Colin/10:05 - 10:40   Clerk: Corinne Lew

Case No:C 09-00545 PVT        Case Title: Lehman Brothers Holdings, Inc.  v.  First Financial Lender

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Matthew Spohn | Dan Do |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery
                        [ ] Settlement   [ ] Final
                        [ ] Other        **[X] Motion**

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| **[X]** | [ ] | 1. **Motion for Sanctions re prior order.** |
| **[X]** | [ ] | 2. **Motion for Summary Judgment.** |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          **[X] Submitted**              [ ] Settled

[ ] Denied           [ ] Briefs to be filed         [ ] Not Settled

[ ] Granted in part, denied in part                 [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff        [ ] Defendant        **[ X ] Court**        [ ] Court w/opinion