UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>FIRST FINANCIAL LENDER,<br><br>        Defendant. | Case No.: C 09-0545 PVT<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES AND SCHEDULING TRIAL SETTING CONFERENCE** |

On March 16, 2010, the parties filed a stipulated request to reschedule the pretrial conference and trial in this matter. Based on the parties' stipulated request and the file herein,

IT IS HEREBY ORDERED that the pretrial conference and trial dates are VACATED.

IT IS FURTHER ORDERED that the parties shall appear on April 13, 2010 at 2:00 p.m. for a trial setting conference. If this date creates a scheduling conflict for either party, the parties shall promptly meet and confer regarding an alternate date for the trial scheduling conference.

Dated: *3/19/10*

                                      PATRICIA V. TRUMBULL
                                      United States Magistrate Judge