UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST FINANCIAL LENDER, <br><br> Defendant. | Case No.: C 09-0545 PSG <br><br> **ORDER SETTING SCHEDULE FOR PARTIES TO FILE STATUS UPDATES** <br><br> **(Re: Docket No. 95)** |

On March 20, 2010, Judge Trumbull stayed this case pending either relief from, or other outcome of, the bankruptcy action. On December 6, 2010, the case was reassigned to the undersigned.

IT IS HEREBY ORDERED that absent further order of this court, the parties shall file a status report on May 13, 2011, and every 6 months thereafter, to inform the court of the status of bankruptcy case and whether a stay of this case is still warranted.

Dated: April 13, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER